Bharati O. Sharma, Esq.
The Wolf Law Firm, LLC
1520 U.S. Highway 130 - Suite 101
North Brunswick, NJ  08902
(732) 545-7900 - TELEPHONE
(732) 545-1030 - FACSIMILE
bsharma@wolflawfirm.net
*Attorneys for Plaintiff, on behalf of herself
and those similarly situated*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTINE ZANGARA,** on behalf of herself and others similarly situated<br>Plaintiff,<br><br>v.<br><br>**ZAGER FUCHS, P.C. and MICHAEL T. WARSHAW,**<br>Defendants. | Civil Action No.<br><br>3:17-CV-06755-MAS-DEA<br><br>STIPULATION OF DISMISSAL |

The matter in difference in the above entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that any and all of Plaintiff's individual claims against Defendants in this matter are hereby dismissed **with prejudice** and without costs, and that Plaintiff's claims brought on behalf of the putative class are hereby dismissed **without prejudice** and without costs.

Dated:  March 23, 2020

| | |
|---|---|
| THE WOLF LAW FIRM, LLC | GORDON REES SCULLY<br>& MANSUKHANI, LLP |
| */s/ Bharati O. Sharma*<br>Bharati O Sharma, Esq.<br>1520 US Highway 130, Suite 101<br>North Brunswick, NJ 08902<br>Attorneys for Plaintiff | */s Lawrence J. Bartel*<br>Lawrence J. Bartel, Esq.<br>Three Logan Square, 1717 Arch St.<br>Suite 610<br>Philadelphia, PA 19103<br>Attorney for Defendants |

**So Ordered this 24th day of March, 2020.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**